OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458    MAR 19 2015
MAILED FROM ZIP CODE 78711

$ 00.26⁵

PITNEY BOWES

3/18/2015
DUDLEY, ANTONIO          Tr. Ct. No. 534058-C          WR-30,053-03

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the application is not on the prescribed form per art. 11.07. No form has been used.

Abel Acosta, Clerk

ANTONIO DUDLEY 567960
EAST TEXAS MULTI-USE FACILITY  UTF
900 INDUSTRIAL DRIVE
HENDERSON, TX 75652

3B 75652